# Court of Appeals
# of the State of Georgia

ATLANTA,  August 08, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0102. ERIC KENDRICK v. THE STATE.**

The Appellant in the above-styled case has filed a motion entitled Motion To Withdraw Appeal. Upon consideration and review, pursuant to Court Rule 41(g)(2), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/08/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*